MATTHEW NOLAN RUSLING, APPELLANT, *v.* SHERIFF, CLARK COUNTY, NEVADA, RESPONDENT.

No. 9583

March 30, 1977                    561 P.2d 459

*Jeffrey D. Sobel,* Las Vegas, for Appellant.

*George E. Holt,* District Attorney, and *Rimantas A. Rukstele,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

For the same reasons stated in Routhier v. Sheriff, 93 Nev. 149, 560 P.2d 1371 (1977), we reverse the district judge's order denying Matthew Nolan Rusling's petition for a writ of habeas corpus.

The prosecuting attorney may, within fifteen (15) days after remittitur issues, institute new charges against Rusling.